[No. 27009-5-I.  Division One.  April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ALEXANDER FOUNTAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-05414-7, Arthur E. Piehler, J., entered
October 2, 1990. *Affirmed* by unpublished opinion per Peke-
lis, A.C.J., concurred in by Grosse and Forrest, JJ.

[No. 30363-5-I.  Division One.  April 5, 1993.]

DEAN FEWKES & WALTER WETTLAND, ET AL,
*Respondents*, v. KEITH K. BAIK,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-12485-5, Edward Heavey, J., entered March
10, 1992. *Reversed* by unpublished opinion per Scholfield, J.,
concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 12120-8-III.  Division Three.  April 6, 1993.]

*In the Matter of the Marriage of* LYLE DEWEY
HENDRICKSON, *Appellant, and* DEBORAH
LYNN HENDRICKSON, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 91-3-00109-6, Michael E. Cooper, J., entered
December 16, 1991. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, A.C.J., and Sweeney,
J.